IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| XL SPECIALTY INSURANCE COMPANY, | CV 19-28-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION FOR STAY** |
| vs. | |
| SAMUEL RETTIG and ESTATE OF KENT H. MORGAN, Deceased; | |
| Defendants. | |

Defendant the Estate of Kent H. Morgan has filed an Unopposed Motion for Stay of the Proceedings. (Doc. 4.) Defendant requests the Court stay the proceedings while the parties participate in mediation. Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED as follows:

1. This action shall be stayed for 90 days from the date of this Order;

2. The parties shall file a joint status report by **July 9, 2019** to update the Court on the outcome of mediation and to advise the Court how the parties wish to proceed in the event the matter is not dismissed prior to that date.

DATED this 9th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge