# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> SAMUEL RETTIG; ALPINE AIR EXPRESS, INC.; and ESTATE OF KENT H. MORGAN, Deceased, <br><br> Defendants. | CV 19-028-BLG-SPW <br><br> ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 8), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 14th day of August, 2019.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1